

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-23-00355-CV

---

New Mission Home Care, LLC, Appellant

v.

Tony Lawrence Read, Individually and as Independent Administrator
of the Estate of George Read, Deceased, and Bertha Acosta, Individually
and as Independent Administrator of the Estate of
Teresa Acosta Read, Deceased, Appellees

---

On Appeal from the 205th District Court
El Paso County, Texas
Trial Court No. 2020DCV1099

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render a take-nothing judgment in favor of Appellant.

We further order that Appellant recover from Appellees all costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of September 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissenting without written opinion